# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:09-mc-01

| | |
|---|---|
| ATLAS FLOORING, LLC, an Arizona limited liability company,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>PORCELANITE S.A. de C.V., d/b/a GRUPO PROCELANITE, S.A., a foreign corporation<br><br>    Defendant/Counterclaimant. | **ORDER** |

This matter is before the Court on plaintiff/counterdefendant Atlas Flooring, LLC's Motion for Admission *Pro Hac Vice* of Robert M. Kort pursuant to Local Rule 83.1 of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Robert M. Kort of the law firm of Snell & Wilmer LLP, is a member in good standing of the Arizona state bar and is admitted to practice before the United States District Courts within the State of Arizona.

It further appears that plaintiff/counterdefendant Atlas Flooring, LLC has retained Richard A. Coughlin and James R. Faucher of the Guilford County, North Carolina, bar who will be representing plaintiff/counterdefendant Atlas Flooring, LLC in association with Mr. Kort.

IT IS THEREFORE ORDERED that Robert M. Kort be permitted to appear *pro hac vice* in the above-captained action pending in this Court as counsel for plaintiff/counterdefendant Atlas Flooring, LLC.

In accordance with Rule 83.1 of this Court's Local Rules of Civil Procedure, Robert M. Kort has paid the admission fee of Two Hundred Fifty and 00/100 Dollars ($250.00) to the Clerk of Court at the time of filing the associated Motion.

IT IS ORDERED.

Signed: January 15, 2009

David C. Keesler
United States Magistrate Judge